| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
|---|---|

GERALD HERNANDEZ, §
Individually and on Behalf of All Others §
Similarly Situated, §
§
    *Plaintiff(s)*, §
§ No. 4:18-cv-01588
v. § Jury
§
HELIX ENERGY SOLUTIONS §
GROUP, INC., §
§
    *Defendant(s)*. §

## PLAINTIFFS' MOTION TO REINSTATE

The Court stayed this case pending the Fifth Circuit's ruling in *Hewitt v. Helix Energy Sols. Gp., Inc.*, ___ F.4th ___, 2021 U.S. App. LEXIS 27215 (5th Cir. Sep. 9, 2021). The ruling has issued. *Id*. Plaintiffs therefore request that the Court reinstate this case to its active docket set the parties for a status conference.

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile: (713) 222-6739


By: _/s/ Melissa Moore_
Melissa Moore
Tex. Bar No. 24013189
S.D. Tex. Bar No. 25122
melissa@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made a reasonable attempt to confer with all other parties or their attorney(s) of record, who are listed below, about the merits of this motion with the following results:

> Mr. M. Carter Crow
> NORTON ROSE FULBRIGHT US LLP
> *Attorney(s) for Defendant Helix Energy Solutions Group, Inc.*
> ☐ opposes the motion
> ☐ does not oppose the motion
> ☐ agrees with the motion
> ☐ would not say whether the motion is opposed
> ☒ did not return my messages regarding the motion

September 28, 2021
Date

Melissa Moore

## Certificate of Service

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) as follows:

>Mr. M. Carter Crow
>carter.crow@nortonrosefulbright.com
>Ms. Kimberly Cheeseman
>kimberly.cheeseman@nortonrosefulbright.com
>Ms. Jesika Silva Blanco
>jesika.blanco@nortonrosefulbright.com
>Norton Rose Fulbright US LLP
>1301 McKinney Street, Suite 5100
>Houston, Texas  77010-3095
>Facsimile: (713) 651-5246
>*Attorney(s) for Defendant Helix Energy Solutions Group, Inc.*
>
>☐ mail
>☐ personal delivery
>☐ leaving it at ☐ office ☐ dwelling
>☐ leaving it with court clerk
>☐ electronic means
>☐ other means
>☒ CM/ECF system

September 28, 2021
Date

_____
Melissa Moore