# EXHIBIT B

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J HEWITT and DAVID M DUGAS, <br><br> Plaintiffs, <br> VS. <br><br> HELIX ENERGY SOLUTIONS GROUP, INC and HELIX WELL OPS, INC., <br><br> Defendants. | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:17-CV-02545

**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF DEFENDANTS' PETITION FOR WRIT OF CERTIORARI**

The Court, having considered the defendants', Helix Energy Solutions Group, Inc. and Helix Well Ops Inc.'s motion to stay proceedings pending disposition of defendants' Petition for Writ of Certiorari, is of the opinion that good cause exists; therefore, it is hereby

**ORDERED** that all proceedings are stayed until the earlier of: (1) the Supreme Court's denial of the petition for a writ of certiorari or (2) if the Supreme Court grants the petition, its decision on the case.

It is so **ORDERED**.

SIGNED on this 21st day of October, 2021.

_____
Kenneth M. Hoyt
United States District Judge