IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD HERNANDEZ, Individually and On Behalf of All Others Similarly Situated | § § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 4:18-cv-01588 |
| V. | § § | JURY TRIAL DEMANDED |
| HELIX ENERGY SOLUTIONS GROUP, INC., | § § § § | |
| DEFENDANT. | § § § | |

**ORDER GRANTING MOTION TO STAY PROCEEDINGS**

The Court, having considered Defendant Helix Energy Solutions Group, Inc.'s Motion to Stay Proceedings Pending Disposition of Petition for Writ of Certiorari in *Hewitt v. Helix Energy Solutions Group*, is of the opinion that good cause exists; therefore it is hereby

ORDERED that all proceedings are stayed until the earlier of: (1) the Supreme Court's denial of the petition for a writ of certiorari or (2) if the Supreme Court grants the petition, its decision on the case.

SIGNED on the _____ day of _____, 2021.

_____
Judge Lee Rosenthal
U.S. District Court Judge