# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GERALD HERNANDEZ, Individually and On Behalf of All Others Similarly Situated § § § § | |
| PLAINTIFF, § | CIVIL ACTION NO. 4:18-cv-01588 |
| V.  § | JURY TRIAL DEMANDED |
| HELIX ENERGY SOLUTIONS GROUP, INC., § § § | |
| DEFENDANT. § § | |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the FLSA settlement, including all terms set forth in the Settlement Agreement, is approved as a fair and reasonable settlement of the Plaintiffs' claims.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, each party to bear their own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

June 20, 2023

_____    _____
DATE                                U.S. District Judge